| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sean C. Ferry (SBN 310347)<br>sferry@raslg.com<br>ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101<br>Telephone: (858) 997-0500<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Movant Home Point Financial Corporation*<br>☐ *Chapter 13 trustee* | **FILED & ENTERED**<br><br>**NOV 04 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Patrice Shirley,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-18766-SK<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☒ **OTHER: Motion for Court Consent to Enter into Loan Modification**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Movant's motion filed on (*date*) <u>10/12/2021</u> as docket entry number <u>36</u> and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3015-1.14.ORDER.CH13.GENRL

☒   Granted.  This Order grants relief only regarding the authority of the Debtor and Home Point Financial Corporation to enter into a loan modification agreement.  The Court has not and will not review, adopt or approve the terms of any loan modification agreement.

☐   Denied

☐   Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐   Granted on the following conditions:

☐   Set for hearing on (*date*) _____ at (*time*) _____ .

###

Date: November 4, 2021

Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3015-1.14.ORDER.CH13.GENRL**